IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | VIOLATION NO. W0979222 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD GRIGER, JR., | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter at the request of the case agent.

Respectfully Submitted,

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney
      District of Nebraska

And:  *[signature]*
      STEVEN A. RUSSELL #16925
      Assistant U. S. Attorney
      487 Federal Building
      100 Centennial Mall North
      Lincoln, Nebraska 68508
      Telephone: (402) 437-5241

**ORDER**

IT IS SO ORDERED this _____ day of March, 2010.

BY THE COURT:

*/s/ Cheryl R. Zwart*
CHERYL R. ZWART
United States Magistrate Judge